UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:18-cr-00099-LRH-CLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | MINUTES OF PROCEEDINGS |
| vs. | ) | |
| | ) | |
| DAVID RAMON COVARRUBIAS, | ) | DATE:  September 21, 2020 |
| | ) | |
| Defendant. | ) | |

PRESENT: LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

Deputy Clerk:   Katie Lynn Ogden        Reporter:  Margaret Griener

Counsel for Plaintiff:   Andolyn Johnson, AUSA and Randy St. Clair, AUSA

Counsel for Defendant:   Lauren Gorman, AFPD and Christopher Frey, AFPD

PROCEEDINGS: **Daubert Hearing**

9:05 a.m. Court convenes.

The Defendant is present with counsel.  The Court addresses the Government's Amended Motion to Exclude Defense Expert Holly Cooper (ECF No. 42).

**Holly Cooper**, called on behalf of the Defendant, is sworn and testifies under direct examination by Ms. Gorman.  Defendant's Exhibits 512, 513, 514, 516, 525, 526, 600, 601, 605, 609 and Government's Exhibits 21 and 23 are admitted into evidence.

10:58 a.m.  Court stands at recess.

11:18 a.m.  Court reconvenes.

Ms. Copper retakes the witness stand and is cross examined by Ms. Johnson; redirect examination by Ms. Gorman.  Government's Exhibits 1, 2, 2b, 3, 4, and 5 are admitted into evidence.

The Court takes the matter under submission and will issue a written order.

Court adjourns at 1:03 p.m.

DEBRA K. KEMPI, CLERK OF COURT

By:            /s/
         Katie Lynn Ogden, Deputy Clerk