UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:18-cr-00099-LRH-CLB |
| Plaintiff, | ) | |
| | ) | MINUTES OF PROCEEDINGS |
| vs. | ) | |
| DAVID RAMON COVARRUBIAS, | ) | DATE: 9/23/2020 |
| Defendant. | ) | |

| | |
|---|---|
| PRESENT: | LARRY R. HICKS, UNITED STATES DISTRICT JUDGE |
| Deputy Clerk: | Katie Lynn Ogden |
| Reporter: | Margaret Griener |
| Counsel for Plaintiff: | Randy St. Clair, AUSA and Andolyn Johnson, AUSA |
| Counsel for Defendant: | Lauren Gorman, AFPD and Christopher Frey, AFPD |

PROCEEDINGS: **JURY TRIAL – DAY 2**

9:12 a.m.  The Court reconvenes outside the presence of the jury to discuss matters with counsel.  All parties are present.

IT IS ORDERED that Defendant's Motion to Preclude Testimony of Sherriff Jerry Allen (ECF No. 121) is DENIED.

Mr. St. Clair advises the Court that the parties stipulate to admit Government Exhibit 8 and Government Exhibit 12.  IT IS SO ORDERED.

9:32 a.m.  The jury returns to the courtroom.  The Court addresses the jury with instructions.  Opening statements by Randy St. Clair on behalf of the Government.  Opening statements by Lauren Gorman on behalf of the Defendant.

**Ricardo Zires**, called on behalf of the Government, is sworn and testifies under direct examination by Mr. St. Clair; cross examination by Mr. Frey; redirect examination by Mr. St. Clair; re-cross examination by Mr. Frey.

Government Exhibits 1, 3, and 16 are admitted into evidence.

**Ryan Franco**, called on behalf of the Government, is sworn and testifies under direct examination by Mr. St. Clair; cross examination by Mr. Frey; redirect examination by Mr. St. Clair; re-cross examination by Mr. Frey.

Government Exhibits 4, 5, 6, and 7 are admitted into evidence.

The jury is admonished and excused for the first one half hour break.

11:24 a.m.  The Court stands at recess.

12:04 p.m.  The Court reconvenes in the presence of the jury.  All parties are present.

**Richard Murray**, called on behalf of the Government, is sworn and testifies under direct examination by Andolyn Johnson; cross examination by Mr. Frey; redirect examination by Ms. Johnson; re-cross examination by Mr. Frey.

Government Exhibits 2a and Defendant Exhibit 543 are admitted into evidence.

**Jerry Allen**, called on behalf of the Government, is sworn and testifies under direct examination by Ms. Johnson.

Government Exhibit 11 admitted into evidence.

**Nicole Rapino**, called on behalf of the Government, is sworn and testifies under direct examination by Ms. Johnson.

Government Exhibits 10, 13a-b, 14, 15a-d are admitted into evidence.

The Government rests its case.

The jury is admonished and excused for the second one half hour break.

The Court and counsel remain in the courtroom and on record to address matters.

The Defendant moves to dismiss the case pursuant to Federal Rules of Criminal Procedure 29. The Government responds.

IT IS ORDERED the Defendant's oral motion to dismiss is DENIED.

1:16 p.m.  The Court stands at recess.

1:37 p.m.  The Court reconvenes in the presence of the jury.  All parties are present.

**Margarita Covarrubias**, called on behalf of the Defendant, is sworn and testifies under direct examination by Mr. Frey; cross examination by Mr. St. Clair.  Certified Court Interpreter is present for Ms. Covarrubias.

Defendant Exhibits 512, 660, and 661 are admitted into evidence.

The jury is admonished and excused for the evening break and to reconvene the next morning.

IT IS ORDERED that trial is continued to Thursday, September 24, 2020, at 9:00 a.m. before District Judge Larry R. Hicks in Reno Courtroom 5.

2:49 p.m.  The Court is in recess.

                                          DEBRA K. KEMPI, CLERK OF COURT

                                          By:           /s/
                                                   Katie Lynn Ogden, Deputy Clerk