UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:18-cr-00099-LRH-CLB |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| DAVID RAMON COVARRUBIAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

IT IS ORDERED that all meals for said jury shall be paid by the Clerk of Court.

DATED this 25th day of September 2020.

_____
Larry R. Hicks, U.S. District Judge