# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DAVID RAMON COVARRUBIAS,<br><br>   Defendant. | Case No. 3:18-cr-00099-LRH-CLB<br><br>**Order Granting<br>Motion to Dismiss the<br>Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant, David Ramon Covarrubias.

Leave of Court is granted for the filing of the above dismissal.

DATED this 7th day of December, 2021.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE